UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>ELADIO PADILLA,<br><br>Defendant. | 16-CR-317-04 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the defendant's *pro se* request for sentence modification (Dkt. No. 749). The Court hereby appoints Benjamin Silverman, Esq., to assist Mr. Padilla in this request.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 30, 2023
       New York, New York