LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

July 20, 2023

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Padilla*, 16 Cr. 317-04 (PAE)

Your Honor:

      I was appointed to represent Eladio Padilla in the above-captioned case on June 30, 2023, for purposes of supplementing his *pro se* sentence reduction motion. I write to request that the Court set an August 7 deadline for the supplemental submission. Mr. Padilla's application is based on a change to his criminal history since the State of New York eliminated one of his marijuana convictions. Because his request falls under 18 U.S.C. § 3582(c), the Court will also have to consider the § 3553(a) factors. I was just the other day able to speak with Mr. Padilla – BOP staff shortages over summer holidays delayed our conversation for several weeks. To provide a complete submission, I need to obtain certain materials from him and/or his family and I anticipate that that may take a little over one week.

      For these reasons, I respectfully request that the Court set an August 7, 2023 deadline for a supplemental submission. Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman

cc: Counsel of record (by ECF)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 755.

SO ORDERED.

7/20/2023

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge