UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    -v-<br><br>ELADIO PADILLA,<br><br>                              Defendant. | 16-CR-317-04 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of the defendant's motion for sentence reduction (Dkt. No. 775).

The Government is directed to file its response by November 1, 2023.

SO ORDERED.

      *Paul A. Engelmayer*
      PAUL A. ENGELMAYER
      United States District Judge

Dated: October 11, 2023
       New York, New York